UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                                          Case No. 3:22-cr-37/TKW

**KHIRY ANFIELD**
_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, **KHIRY ANFIELD,** to Counts One[1] through Ten of the indictment is hereby **ACCEPTED**.  All parties shall appear before this Court for sentencing as directed.

**DONE and ORDERED** this 13th day of February, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**

---

[1] The Report and Recommendation (Doc. 126) states that Defendant pled guilty to Counts Two through Ten, but the plea agreement (Doc. 124) and the minutes of the change of plea hearing (Doc. 121) reflect that Defendant pled guilty to Counts One through Ten.